**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**MELISSA FARRIS**

**Defendant.**

**Case: 1:26-cr-00205 (TNM)**

## UNOPPOSED MOTION TO APPEAR BY VIDEO OR IN THE ALTERNATIVE, CONTINUE STATUS HEARING

Melissa Farris, the defendant, by and through counsel, respectfully moves this Court to: 1) permit her to appear at the status hearing virtually; or in the alternative; 2) continue the status hearing date to a date that she can appear in person. In support of this motion, counsel submits the following.

## BACKGROUND

On August 14, 2026, Ms. Farris was charged in a criminal complaint with willfully injuring or committing a depredation against government property, in violation of 18 U.S.C. §1361 and destruction of a veteran memorial, in violation of 18 U.S.C. §1369, based on conduct that is alleged to occur during an August 13, 2026 incident.

A complaint was sworn and an arrest warrant was signed on August 14, 2026. The same day, Ms. Farris self-surrendered in the Eastern District of Virginia and appeared for a Rule 5 hearing. She was determined to be indigent and was held pending an initial appearance in this Court on August 17, 2026. On August 17, 2026, the government's request for detention was denied by Magistrate Judge Matthew Sharbaugh who determined that the government had not met the threshold required to hold a detention hearing because there was no showing that Ms. Farris was a

risk of flight, much less a serious risk of flight. The government's motion for stay pending appeal was denied. The government moved the Court to reconsider on August 18, 2026 and that motion was promptly denied. Ultimately, the government did not file an appeal.

After Ms. Farris was released, she returned to Ohio and checked in with Pretrial Services at the Northern District of Ohio as she was required to do. She has not had any violations of her conditions of release.

On August 27, 2026, a grand jury indicted Ms. Farris on the same two counts charged in the complaint. On August 28, 2026, the Court set an arraignment date and initial status hearing for September 3, 2026 at 1030 am. Ms. Farris appeared and a status hearing date was set for November 22, 2026.

It is the parties' and the defendant's recollection that the Court remarked to Ms. Farris that although it had previously denied her Motion to Appear by Video, it did so because it was an arraignment and her first appearance before the District Court and that it would permit Ms. Farris to appear remotely for the status hearing. Undersigned counsel thus instructed Ms. Farris to be prepared to appear by video on the morning of November 22, 2026. However, counsel sees no mention of this allowance on the docket. Out of an abundance of caution, counsel now moves to appear by video, in the event that the parties misunderstood the Court and the Court's intention was for the defense to first file such a motion. The government does not oppose the relief sought in this Motion.

If the Court requires Ms. Farris' in person presence at the status hearing, the defense, with apologies, alternatively requests a continued status hearing date so that she has sufficient time to gather the funds to make the trip to appear in person. Ms. Farris is indigent and that prevents her from taking trips without greater advanced notice.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER
/s/
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500